# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

TIFFANY PARADIS, individually, and on behalf of all others similarly situated,

        Plaintiff(s),

v.

WOODFORDS FAMILY SERVICES,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)

**Civil Action No. 2:26-cv-00188-JCN**

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Tiffany Paradis ("Plaintiff") hereby gives Notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: May 15, 2026    By:    */s/ David E. Bauer*

David E. Bauer, Bar No. 3609
443 Saint John Street
Portland, Maine 04102
Telephone: (207) 804-6296
Email: david.edward.bauer@gmail.com

Scott Edward Cole, Esq. (CA S.B. #160744)*
Laura Van Note Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 891-9800
Email:        sec@colevannote.com
Email:        lvn@colevannote.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

**Pro hac vice forthcoming*

NOTICE OF VOLUNTARY DISMISSAL